U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 19 2020

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT

FOR    LOUISIANA

ALEXANDRIA    DIVISION


STEVEN Z. RAST    91365-071


V.                                          CASE NO.


WARDEN    MA'AT

FEDERAL IMMIGRATION DETENTION CENTER OAKDALE


EMERGENCY COURT ORDER DIRECTING WARDEN MA'AT TO SUPPLY ME WITH ELECTRICITY FOR MEDICAL DEVICE I HAVE IN MY POSSESSION.


UPON RECOVERY FROM HEART SURGERY WHILE HOOKED UP TO EKG MACHINE MY CARDIOLOGIST OBSERVED I STOPPED BREATHING IN MY SLEEP CAUSING STRAIN ON MY HEART I WAS IMMEDIATLY GIVEN A CPAP MACHINE AND ORDERED A SLEEP STUDY.


I HAVE BEEN IN FEDERAL CUSTODY FOR 19 YEARS WITHOUT ANY PROBLEMS WITH THE BOP REFUSING A MEDICAL DEVICE USE. THAT IS UNTIL I ARRIVED AT IMMIGRATION FEDERAL DETENTION CENTER OAKDALE.

(1)

I AM MOTIONING THE COURT TO ORDER WARDEN MA'AT TO PROVIDE ME WITH ELECTRICTY FOR CPAP MACHINE OR GIVE COURT A WRITEN REASON WHY I AM BEING DENIED THE USE FOR A DOCTOR ORDERED MEDKAL DEVICE I HAVE BEEN ISSUED BY THE FEDERAL BUREAU OF PRISON'S AND HAVE IN MY POSSECCION AT THIS TIME.

THANK YOU

STEVEN Z. RAST

91365-071