UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STEVEN Z. RAST | : | DOCKET NO. 20-cv-1503 |
| VERSUS | : | JUDGE TERRY A. DOUGHTY |
| WARDEN MA'AT, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 41], having been considered, along with the Objection [Doc. No. 65], filed by Plaintiff on May 12, 2021, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED,** that the Motion to Add Plaintiffs and for Certification as a Class Action [Doc. No. 14) is **DENIED**.

MONROE, LOUISIANA, this 7th day of July 2021.

_____
**TERRY A. DOUGHTY
UNITED STATE DISTRICT JUDGE**