UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STEVEN Z. RAST** | : | **DOCKET NO. 2:20-cv-1503** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN MA'AT, ET AL.** | : | **MAG. JUDGE KATHLEEN KAY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 90], having been considered, with no objection having been filed, and after a *de novo* review of the record, finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Emergency Order [Doc. No. 1] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Preliminary Injunctive Relief [Doc. No. 7] is **DENIED**.

MONROE, LOUISIANA, this 12th day of October 2021.

_____
**TERRY A. DOUGHTY**
**UNITED STATE DISTRICT JUDGE**