UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **STEVEN Z. RAST** | : | **CIVIL ACTION NO. 2:20-cv-1503** |
| **VERSUS** | : | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN MA'AT, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 102] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss, in the alternative, Motion for Summary Judgment [Doc. No. 96] is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter be **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**THUS, DONE AND SIGNED,** in chambers, in Monroe, Louisiana, on this 14th day of March 2022.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**